# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SHAOMING ZHANG,

        **Plaintiff,**

v.                                                            Case No: 6:22-cv-1961-PGB-EJK

PUBLIX AT ORMOND TOWNE SQUARE,

        **Defendant.**

_____/

## ORDER

    This case is before the Court upon review of the file. On March 28, 2023, the Court entered an Order directing the parties to confer and file a Case Management Report within fourteen (14) days. (Doc. 29). The parties were warned that failure to comply with the Court's Order would result in dismissal of the case without further notice. On April 12, 2023, Defendant filed a Notice with the Court advising the Court that it was unable to get in touch with Plaintiff, despite multiple attempts. (Doc. 30). Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

    Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on April 19, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party